**Joshua ARSENEAU, Respondent,**

v.

**Devon ARSENEAU, Appellant.**

**ED 102612**

Missouri Court of Appeals,
Eastern District,
**DIVISION ONE.**

FILED: December 15, 2015

Mayra Flesner, Erika Wentzel, Flesner Wentzel, 820 S. Main Street, Suite 200, St. Charles, MO 63301, for Appellant.

Bruce Eastman, Suite 231, Hazelwood, MO 63042, for Respondent.

Before Robert G. Dowd, Jr., P.J., Mary K. Hoff, J., and Roy L. Richter, J.

*ORDER*

PER CURIAM

Devon Arseneau ("Mother") appeals from the circuit court's Judgment of Contempt, finding Mother in contempt of court for her refusal to comply with the court's order of November 20, 2013, which dissolved her marriage with Joshua Arseneau ("Father") and, inter alia, awarded custody and support for the parties' minor child. We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 84.16(b).